# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOWARD SHARPLEY, III. <br><br> Plaintiff, <br><br> v. <br><br> MALEC, et.al., <br><br> Defendants. | Case No.: 1:18-cv-01122-DAD-SAB (PC) <br><br> ORDER REGARDING PLAINTIFF'S REQUEST REGARDING PAYMENT OF THE FILING FEES <br><br> [ECF No. 20] |

    Plaintiff Ernest Howard Sharpley, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action is proceeding against Defendant E. Malec and S. Boardman for retaliation in violation of the First Amendment.

    Currently before the Court is Plaintiff's request for arrangement to pay the filing fee for this action, filed January 10, 2019.

    At the time this action was filed, Plaintiff was in the custody of the California Department of Corrections and Rehabilitations. On August 27, 2018, the Court granted Plaintiff in forma pauperis status and directed the prison to collect payments from Plaintiff's prison trust account in an amount equal to twenty percent of the preceding months' income credited to his trust account. (ECF No. 6.) To date, the Court has not received any payment toward the filing fee for this action.

///

However, in his present motion, Plaintiff submits that he has been released from custody and he anticipates that he will receive social security income benefits from which he can make payments toward the filing fee for this action. Based on Plaintiff's contention that he is out of custody and may be receiving financial income, the Court will direct him to complete and return an application to proceed in forma pauperis by a non-prisoner in order to determine his financial obligation to pay the filing fee for this action.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a non-prisoner application to proceed in forma pauperis; and

2. Within thirty days from the date of service of this order, Plaintiff shall return the completed application.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE