# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOWARD SHARPLEY, III. <br><br> Plaintiff, <br><br> v. <br><br> MALEC, et.al., <br><br> Defendants. | Case No.: 1:18-cv-01122-DAD-SAB (PC) <br><br> ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS UNNECESSARY <br><br> [ECF No. 23] |

Plaintiff Ernest Howard Sharpley, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 15, 2019, Plaintiff filed a motion to proceed in forma pauperis in this action. Inasmuch as Plaintiff was previously granted in forma pauperis status on August 27, 2018, Plaintiff's instant motion is denied as unnecessary.

IT IS SO ORDERED.

Dated: **February 27, 2019**

UNITED STATES MAGISTRATE JUDGE