# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST HOWARD SHARPLEY, III. <br><br> Plaintiff, <br><br> v. <br><br> MALEC, et.al., <br><br> Defendants. | Case No.: 1:18-cv-01122-DAD-SAB (PC) <br><br> ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER <br><br> [ECF No. 27] |

Plaintiff Ernest Howard Sharpley, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed May 15, 2019.

Good cause having been presented to the Court, it is HEREBY ORDERED that Defendants are granted until July 6, 2019, to file motion for summary judgment for failure to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated: **May 15, 2019**

UNITED STATES MAGISTRATE JUDGE

1