**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST HOWARD SHARPLEY, III. ) | Case No.: 1:18-cv-01122-DAD-SAB (PC) |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER |
| v. ) | |
| MALEC, et.al., ) | [ECF No. 36] |
| Defendants. ) | |
| _____ ) | |

Plaintiff Ernest Howard Sharpley, III. is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed November 4, 2019.

Good cause having been presented to the Court, it is HEREBY ORDERED that the discovery and dispositive motion deadlines are stayed to be reset after final ruling on Defendants' motion for summary judgment, if necessary.

IT IS SO ORDERED.

Dated:   **November 4, 2019**   

_____
UNITED STATES MAGISTRATE JUDGE